# United States District Court
## *Southern District of Georgia*

JOHNNIE SHAFFER, JR.,

    Plaintiff,

                            **JUDGMENT IN A CIVIL CASE**

                **V.**                CASE NUMBER: CV314-070

LT. KYLE MADDOX, CO I, and JOHN CREAMER, E-2
Floor Officer, CO I,

    Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on August 29, 2016, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore,

Defendants' motion for summary judgment is GRANTED, judgment is hereby ENTERED in favor

of the Defendants, and this civil action stands CLOSED.

August 29, 2016
*Date*

Scott L. Poff
*Clerk*



*(By) Deputy Clerk*